GARRETT T. BUSH III ET AL. *v.* WATER POLLUTION CONTROL AUTHORITY OF THE TOWN OF WATERFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 805, is denied.

*Garrett T. Bush III,* pro se, in support of the petition.

Decided January 12, 1989

TOWN OF WALLINGFORD *v.* LOCAL 1326, IAFF, AFL-CIO, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 809, is denied.

*Edward T. Lynch, Jr.,* in support of the petition.

*Barbara J. Collins* and *Richard T. Sponzo,* assistant attorney general, in opposition.

Decided January 12, 1989

RICHARD W. WILSON *v.* CITY OF NEW HAVEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 806, is granted, limited to the following issue:

"Did the Appellate Court err in affirming the trial court's granting the defendant's motions for summary judgment?"

*Susan King Shaw,* in support of the petition.

Decided January 12, 1989